UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEPHEN ARMBRUSTER                                    CIVIL ACTION

VERSUS                                                NO. 08-0845

LT. MYERS                                             SECTION "M"(4)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Stephen Armbruster's Title 42 U.S.C. § 1983 complaint against the defendant, Lieutenant Myers, is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this _____5th_____ day of _____November_____, 2008.

_____
UNITED STATES DISTRICT JUDGE